GUY EUGENE *v.* COMMISSIONER OF CORRECTION
(AC 27411)

Flynn, C. J., and Bishop and McLachlan, Js.

Argued May 29—officially released June 26, 2007

Per Curiam. The appeal is dismissed.

LIEN NEDWED *v.* HEINZ VONKUTHY
(AC 27423)

Schaller, Harper and Peters, Js.

Argued May 24—officially released June 26, 2007

Per Curiam. The judgment is affirmed.